# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL T. ELGIE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 09-0375-KD-N** |
| | ) |
| **BIC USA, INC.,** *et al.*, | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

After due and proper consideration of all pleadings in this file and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated October 7, 2009 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Plaintiff's Motion to Remand is **GRANTED** and that this action is **REMANDED** to the Circuit Court of Baldwin County, Alabama.

**DONE** and **ORDERED** this the **23rd** day of **October 2009.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**